

# Fourth Court of Appeals
## San Antonio, Texas

September 20, 2022

No. 04-22-00540-CV

Al **SUAREZ**, as Mayor of the City of Converse, Jeff Beehler, as Place 5 Member, City Council of the City of Converse, Kathy Richel, as Place 1 Member, City Council of the City of Converse, Shawn Russell as Place 3 Member, City Council of the City of Converse, Marc Gilbert, as Place 6 Member, City Council of the City of Converse, Le Ann Piatt, City Manager of the City of Converse, Holly Nagy as Secretary of the City of Converse, and the City of Converse, Appellants

v.

Katherine **SILVAS**,
Appellee

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CI22419
Honorable Aaron Haas, Judge Presiding

# O R D E R

The Appellant's Unopposed Motion to Extend Time to File Appellants' Brief is hereby GRANTED. The Appellant's Brief is due on or before October 11, 2022.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of September, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court